No. 700. MOFFETT ET AL., ADMINISTRATRICES, *v.* MOFFETT ET AL. March 9, 1931. Petition for writ of cer-

tiorari to the Supreme Court of Kansas denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs. John W. Davis* and *Russell L. Hazzard* for respondents. ■